**Order entered November 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00638-CV

## TITO E. MARRERO, Appellant

## V.

## BANK OF AMERICA CORPORATION, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14549**

## ORDER

Before the Court is appellant's November 8, 2022 "Motion Seeking Default Summary Judgment Against Bank of America and Jenifer Hope Wright for Failure to Answer Tito's Petition Filed in the 193rd Violating Texas Civil Procedure." This Court reviews judgments and other appealable orders from the trial court. It does not grant summary judgment. Accordingly, we **DENY** the motion.[1]

> /s/    BILL PEDERSEN, III
>         JUSTICE

---

[1] By letter issued today, the Court questions its jurisdiction over this appeal. The letter directs the parties to file letter briefs addressing the jurisdictional issue.